IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| DANIEL DELATORRE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-626-AS |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Merrill Schneider
Kimberly K. Tucker
Schneider Law Offices
14415 S. E. Stark Street
P. O. Box 16310
Portland, Oregon 97292

  Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Craig J. Casey
Assistant United States Attorney
United States Attorney's Office
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

Lucille G. Meis
Richard A. Morris
Social Security Administration
Office of the General Counsel
701 Fifth Avenue
Suite 2900, M/S 901
Seattle, Washington  98104-7075

      Attorneys for Defendant


KING, Judge:

      The Honorable Donald C. Ashmanskas, United States Magistrate Judge, filed Findings and Recommendation on April 1, 2005.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

      Accordingly, I ADOPT  Magistrate Judge Ashmanskas' Findings and Recommendation (#12).

///

///

IT IS HEREBY ORDERED that the decision of the Commissioner is affirmed and this case is dismissed.

Dated this    5th    day of May, 2005.

                                                          /s/ Garr M. King
                                                         Garr M. King
                                                         United States District Judge